

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Jorge Jonathan Mata DEFENDANT(S). | CR 09-994 PSG-1 |
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant's Counsel, Anthony Eaglin__, IT IS ORDERED that a detention hearing is set for __Friday, October 23__, __2009__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __10/22/09__              _____
                                U.S. District Judge/Magistrate Judge

CR-66 (10/97)    ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT