```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  OCT 2 3 2009

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jorge Jonathan Mata<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 09-00994-1  PSG<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant's Counsel, Anthony Eaglin_, IT IS ORDERED that a detention hearing is set for _Tuesday, October 27_, _2009_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Ralph Zarefsky_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/23/09_            _____
                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                             Page 1 of 1